Case 1:20-cv-00921-YY    Document 28    Filed 09/17/21    Page 1 of 2
James S. Coon  
OSB# 771450  
THOMAS, COON, NEWTON & FROST  
The Thomas Mann Building  
820 SW Second Ave, Suite 200  
Portland, Oregon 97204  
Phone: 503-228-5222  
Fax: 503-273-9175  
E-mail jcoon@tcnf.legal  
Of Attorneys for Plaintiff

Scott A. Sell  
OSB#: 144297  
THOMAS, COON, NEWTON & FROST  
The Thomas Mann Building  
820 SW Second Ave, Suite 200  
Portland, Oregon 97204  
Phone: 503-228-5222  
Fax: 503-273-9175  
E-mail: ssell@tcnf.legal  
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANNY N. LINDSLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:20-cv-00921-YY<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,526.71 will be awarded to Plaintiff in care of his attorneys pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address:  820 SW 2nd Ave Ste 200, Portland OR 97204.  There are no costs or expenses.

    Dated this 17th day of September 2021.

                                                   /s/ Youlee Yim You
                                           United States Magistrate Judge

Presented by:

James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff

Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff